IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LACEY M. SIVAK,<br><br>　　　　　Petitioner,<br><br>v.<br><br>JOHN HARDISON, Warden,<br><br>　　　　　Respondent.<br>_____ | Case No. CV-96-56-S-BLW<br><br>**CAPITAL CASE**<br><br>**JUDGMENT** |

　　　Based upon the Court's Order dated September 4, 2001 (Docket No. 170), the Memorandum Decision dated November 21, 2005 (Docket No. 279), and the Memorandum Decision and Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that relief shall be denied to Petitioner, and this cause of action shall be DISMISSED with prejudice.  Additionally, this case is hereby ordered closed.

DATED:  **March 21, 2008**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge