UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 15 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: LACEY MARK SIVAK. | No. 21-70605 |
| LACEY MARK SIVAK, Petitioner, v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE, Respondent, JOHN HARDISON, Real Party in Interest. | D.C. No. 1:96-cv-00056-BLW District of Idaho, Boise ORDER |

Before: CLIFTON, MURGUIA, and BRESS, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977); *see also Demos v. District Court*, 925 F.2d 1160, 1161 (9th Cir. 1991) ("[T]his court lacks jurisdiction to issue a writ of mandamus to a state court."). Accordingly, the petition is denied.

Petitioner's motions to proceed in forma pauperis (Docket Entry Nos. 2 and 6) are denied as moot.

All other pending motions are denied.

No further filings will be accepted in this closed case.

**DENIED.**